Certificate Number: 20611-PAW-DE-039090688

Bankruptcy Case Number: 24-22821



20611-PAW-DE-039090688

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2024, at 11:03 o'clock AM EST, Mark Tribble, Sr. completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 21, 2024            By:   /s/Consuelo V Gerhardt

                                     Name: Consuelo V Gerhardt

                                     Title: Financial Educator