Certificate Number: 20611-PAW-DE-039098405

Bankruptcy Case Number: 24-22821



20611-PAW-DE-039098405

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2024, at 1:21 o'clock PM EST, Teresa L Tribble completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  November 25, 2024          By:    /s/Kathleen B Mills

                                  Name:  Kathleen B Mills

                                  Title: TEN Financial Educator