UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Teresa Tribble  
228 Lawrence AVE  
North Versailles, PA 15137

CHAPTER: 13  
CASE NUMBER: 24-22821  
CLAIM AMOUNT: $1086.84

Debtors.

_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 1/16/2025, in the amount of $1086.84.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 23rd day of January, 2025.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt  
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC  
200 14th Avenue E  
Sartell, MN 56377  
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

    Debtor:                              Teresa  Tribble
                                                      228 Lawrence AVE
                                                     North Versailles, PA 15137

    Debtor's Attorney:                 Shawn  Wright

    Chapter 13 Trustee:              RONDA J WINNECOUR

by submitting electronically with the court.

    This 23rd day of January, 2025.

                                                          Jefferson Capital Systems LLC

                                                          By: /s/ Rhonda Pratt_____
                                                          Rhonda Pratt   Bankruptcy Specialist

                                                          Jefferson Capital Systems, LLC
                                                          200 14th Avenue E
                                                          Sartell, MN 56377
                                                          (800) 928-7314