FILED
6/11/26 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Mark Tribble, Sr. and Teresa Tribble,                   :
                        Debtors               :   Bankruptcy No. 24-22821
Mark Tribble, Sr. and Teresa Tribble, Movants          :
                                       :
                  v.                      :
                                         :   Related to Docket No. 35
Ronda J. Winnecour, Chapter 13 Trustee,                 :
                      Respondent          :

## ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the Debtor's Motion for Approval of Vehicle Loan filed on June 11, 2026.  Based upon the foregoing, and for good cause shown, it is hereby ORDERED ADJUDGED and DECREED, that:

1.  The Motion is GRANTED as provided by the terms of this Order.  Debtor is authorized to obtain secured financing for the lease or purchase of a replacement vehicle on the following terms:

    (a) The total amount of financing shall not exceed $30,000; and

    (b) The monthly payments made under the financing agreement shall not exceed $600.00 per month.

2.  To the extent that the Debtor secures financing for the purchase of a new vehicle, such payments shall be made through the Chapter 13 plan.  Within 30 days of securing such financing, Debtor shall file:

    (a) An amended Chapter 13 plan; and

    (b) A report of financing (including details of automobile trade-in or sale, if applicable);

3.  To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 Trustee within 7 days of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan.  The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4.  Upon the filing of the report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE], the Chapter 13 Trustee is authorized to cease making payments

to the pre-petition automobile lender (EXETER FINANCE). Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments to [POSTPETITION AUTOMOBILE LENDER] for the contract amount so long as sufficient supplemental funds are provided by Debtor.

5. Upon the filing of the report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE], the chapter 13 trustee is authorized to cease making payments to EXETER FINANCE] on account of [PREPETITION LOAN CLAIM 1]. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments to [POSTPETITION AUTOMOBILE LENDER] for the contract amount so long as sufficient supplemental funds are provided by Debtors.

6. Upon filing of the report of financing (INCLUDING DETAILS OF AUTOMOBILE TRADE IN OR SALE, IF APPLICABLE), and pending confirmation of any amended plan providing for the new postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to the Postpetition Automobile Lender for the contract amount so long as sufficient supplemental funds are provided by the Debtor.

7. Notwithstanding the inclusion of the postpetition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the Postpetition Automobile Lender.

8. Debtor shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and shall proof of the same with the Court.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

CONSENTED TO:                    DATED: June 11, 2026

/s/Katherine M. DeSimone
Katherine M. DeSimone, Esquire; PA#42575
Office of the Chapter 13 Trustee
3250 U.S. Steel Tower
Pittsburgh, PA 15219
kdesimone@chapter13trusteewdpa.com


/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtors; PA#64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com


Case Administrator to Mail to:
Debtor
Counsel for Debtors
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 24-22821-GLT

Mark Tribble, Sr.                                                                                         Chapter 13

Teresa L. Tribble

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: auto                                          Page 1 of 2

Date Rcvd: Jun 11, 2026                        Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol              Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

**Recip ID                          Recipient Name and Address**
db/jdb                          +  Mark Tribble, Sr., Teresa L. Tribble, 228 Lawrence Avenue, North Versailles, PA 15137-1931

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

**Name                              Email Address**

Brent J. Lemon
                          on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                          lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Matthew Fissel
                          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

Shawn N. Wright
                          on behalf of Debtor Mark Tribble  Sr. shawn@shawnwrightlaw.com,
                          wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jun 11, 2026                       Form ID: pdf900                          Total Noticed: 1

Shawn N. Wright

on behalf of Joint Debtor Teresa L. Tribble shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 6